**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No. 99-cv-2196-REB- PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD G. NOVOTNY, in his individual capacity, as Trustee of MIDWEST LIMITED, and as Trustee of SUNRISE INVESTMENTS, ETTA B. NOVOTNY, and STATE OF COLORADO, DEPARTMENT OF REVENUE,

Defendants.

## ORDER CONFIRMING SALE OF PARCELS 1 AND 3

**Blackburn, J.**

This matter came before the Court on the United States' motion to confirm the sale of the following five parcels of real property:

a)  Parcel 1, commonly known as 710 and 720 N. Broadway, Cortez, Colorado (corner of Empire and Broadway Streets).

Legal description:

> A tract of land in the Southwest Quarter of the Southwest Quarter (SW1/4SW1/4) of Section 23, Township 36 North, Range 16 West, N.M.P.M., described as follows:
>
> Beginning at a point on the section line common to Sections 23 and 26 where the East R/W line of U.S. Highway 160 intersects said section line and whence the section Corner 22, 23, 26 and 27 bears westerly a distance of 597.0 feet, more or less; thence Northwesterly along the East R/W line of Highway 160, which is a curve of radius 1492.5 feet, a distance of 557.0 feet; thence Southeasterly a distance of 802.0 feet to a point on the section line common to sections 23 and 26, which is 440.0 feet East from the point of

    beginning; thence West along the Section line a distance of 440.0 feet to the point of beginning.  EXCEPTING therefrom that portion of said tract dedicated for Empire Street in the amended plat filed in Plat Book 8, Page 43 of Montezuma County records.

    Said tract is sometimes known as Tract T of Montview Addition to the City of Cortez, Colorado.

  b) Parcel 3, commonly described as 13106 U.S. Highway No. 491 (formerly U.S. Highway 666), Cortez, Colorado 81321:

  Legal Description:

    South One-Half of Southwest Quarter (S$_{1/2}$ SW$_{1/4}$), in Section 4, Township 36 North, Range 16 West, N.M.P.M., less that portion lying west of the East line of Highway No. 160, together with any and all water and ditch rights and rights of way therefor used for and in connection with irrigation of said premises.  Containing 62 acres, more or less.  Subject to a non-exclusive access easement, being 30 feet in width, along the East side of the SE$_{1/4}$ SW$_{1/4}$ of Section 4, Township 36 North, Range 16 West, N.M.P.M., and that said easement is contained within the boundaries of said SE$_{1/4}$ SW14.

  County of Montezuma, State of Colorado.

  The Court, having reviewed the Declaration of Ernest J. Sell and the United States' Motion to Confirm Sale, finds that the sale was in all respects legally and properly conducted.  Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that the sale of the two parcels of real property, which are described above, on March 31, 2005, be, and the same is hereby approved and confirmed.

  Dated September, 8, 2005, at Denver, Colorado.

              BY THE COURT:

              s/ Robert E. Blackburn
              Robert E. Blackburn
              United States District Judge